UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE O'KEEFE, | * |
| Petitioner, | * |
| v. | * Criminal No. 06-10078-JLT |
| UNITED STATES OF AMERICA, | * |
| Respondent. | * |

ORDER

January 25, 2012

TAURO, J.

This court ACCEPTS and ADOPTS the October 13, 2011 <u>Report and Recommendation on Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence</u> [#88] of Chief Magistrate Judge Dein. For the reasons set forth in the <u>Report and Recommendation</u>, this court hereby orders that Defendant's <u>Motion to Vacate. Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255</u> [#53] as amended by <u>Addendum to Petetioner's 28 U.S.C. § 2255 Pursuant to 18 U.S.S.C. § 5g1.3 Appx.</u> is DENIED without an evidentiary hearing.

IT IS SO ORDERED.

                                                                     /s/ Joseph L. Tauro
                                                        United States District Judge